B9I (Official Form 9I) (Chapter 13 Case) (12/07) — Case Number **09–41787–pwb**

UNITED STATES BANKRUPTCY COURT **District of** Northern District of Georgia

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/4/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Craig Darrell Huff<br>84 Barnsley Village Drive<br>Adairsville, GA 30103 | Stefanie Ann Huff<br>aka Stefanie Caudle<br>84 Barnsley Village Drive<br>Adairsville, GA 30103 |
| Case Number: 09–41787–pwb<br>Judge: Paul W. Bonapfel<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–2200<br>xxx–xx–5644 |
| Attorney for Debtor(s) (name and address):<br>Brian R. Cahn<br>Perrotta, Cahn & Prieto, PC.<br>5 S. Public Square<br>Cartersville, GA 30120<br>Telephone number: (770) 382–8900 | Bankruptcy Trustee (name and address):<br>Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2700 Equitable Bldg.<br>100 Peachtree Street, NW<br>Atlanta, GA 30303<br>Telephone number: 404–525–1110 |

### Meeting of Creditors

Date: **June 8, 2009**  Time: **02:00 PM**
Location: **The Forum, Room 1–D, 2 Government Plaza, Rome, GA 30162**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **9/8/09**   For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 8/7/09**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
**The plan, if not included with this notice, will be mailed to you when filed.**
The hearing on confirmation will be held: Date: **7/15/09**, Time: **09:30 AM**, Location: **Room 342, Federal Building, 600 East First Street, Rome, GA 30161**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Room 339, Federal Building<br>600 East First Street<br>Rome, GA 30161–3187<br>Telephone number: 706–378–4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 5/5/09 |

## EXPLANATIONS          B9I (Official Form 9I) (12/07)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>All objections to the confirmation of the debtor's plan shall be filed with the Clerk prior to the 341 meeting of Creditors except objections arising out of said meeting which may be announced at that meeting and must be filed within five business days following that meeting. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office.   (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800–510–8284 or 404–730–2866 or 404–215–1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800–676–6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.

| UNITED STATES BANKRUPTCY COURT Northern District of Georgia | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Craig Darrell Huff<br>Stefanie Ann Huff | Case Number: 09-41787 pwb |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property:** $_____ **Annual Interest Rate** ___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $_____ **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY**<br>**DO NOT STAPLE OR FOLD CLAIM**<br>See www.ganb.uscourts.gov for information on filing claims electronically. |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113E-6          User: bennettm              Page 1 of 2            Date Rcvd: May 05, 2009
Case: 09-41787                Form ID: b9i                Total Served: 71

The following entities were served by first class mail on May 07, 2009.
db/jtdb      +Craig Darrell Huff,    Stefanie Ann Huff,    84 Barnsley Village Drive,
               Adairsville, GA 30103-3088
aty          +Brian R. Cahn,    Perrotta, Cahn & Prieto, PC.,    5 S. Public Square,
               Cartersville, GA 30120-3363
tr           +Mary Ida Townson,    Chapter 13 Trustee,    Suite 2700 Equitable Bldg.,    100 Peachtree Street, NW,
               Atlanta, GA 30303-1906
11573997     +Adairsville HOA,    c/o At Home Property Management, LLC,    1245 Bentwater Dr,
               Acworth, GA 30101-2263
11573998     +Advance Rehab,    PO Box 949,    Rome, GA 30162-0949
11574000     +Bartow County Superior Court,    Case No 08-1063-B,    135 West Cherokee St,
               Cartersville, GA 30120-3182
11574001     +Bartow County Superior Court,    Case No 08CV4741,    135 West Cherokee St,
               Cartersville, GA 30120-3182
11574002     +Bartow County Tax Commissioner,    135 W. Cherokee Ave Ste 217A,    Cartersville, GA 30120-3181
11574003     +Capital Management Services,    726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
11574004     +Capital One,    c/o John M Duffoo, Esq,    PO Box 876,    Smyrna, GA 30081-0876
11574005     +Capital One,    PO Box 34111,    Memohis, IN 38184-0111
11574006     +Cartersville Emergency,    PO Box 404341,    Atlanta, GA 30384-4341
11574008      Cartersville OB/GYN Assoc,    958 A JFK Pkwy Ste 102,    Cartersville, GA 30120
11574009      Cartersville Pediatrics,    970 JFH Pkwy,    Suite 350,    Cartersville, GA 30120
11574010     +Cartersville Professional,    127A West Main St,    Cartersville, GA 30120-3574
11574011      Cartersville Radiology,    PO Box 200096,    Cartersville, GA 30120-9002
11574012     +Center for Athlete & Industry,    PO Box 1140,    Drawer 0766,    Birmingham, AL 35246-0001
11574013     +Children's Health Care of Atlanta,    PO Box 116293,    Atlanta, GA 30368-6293
11574014     +Corinth'ar  Colleges, Inc,    6 Hutton Centre, Ste 400,    Santa Ana, CA 92707-8762
11574015     +Day Knight & Associates,    PO Box 5,    Grober, MO 63040-0005
11574016     +Dr. Jeanie Requa-Pfau,    200 Leake St,    Cartersville, GA 30120-3561
11574018      FMS Investment Corp,    PO Box 681515,    Schaumburg, IL 60168-1515
11574017     +Floyd Medical Center,    P. O. Box 233,    Rome, GA 30162-0233
11574019      Franklin Collection Service Inc,    PO Box 3910,    Tupelo, MS 38803-3910
11574020      Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
11574021      GA Gastro & Liver Disease,    962 JFH Prkway,    Cartersville, GA 30120
11574022     +GC Services,    85 Annex,    Atlanta, GA 30385-0001
11574023     +Georgia Bone & Joint Surgeons, P.C.,    15 Medical Drive,    Cartersville, GA 30121-8005
11574024     +Georgia Inpatient Medicience,    PO Box 52007,    Atlanta, GA 30355-0007
11574025      Harbin Clinic,    PO Box 933196,    Atlanta, GA 31193-3196
11574028      Internal Revenue Service Insolvency,    Suite 400 Stop 334-D,    401 West Peachtree St, NE,
               Atlanta, GA 30308
11574030      LHR,    56 Main St,    Hamburg, NY 14075-4905
11574029     +Lease Finance Group,    233 N Michigan Ave,    Chicago, Il 60601-5519
11574031     +Litton Loan Servicing,    4828 Loop Central Drive,    Ste 151,    Houston, TX 77081-2166
11574032     +Lovell & Clark Pathology,    PO Box 1740,    Dalton, GA 30722-1740
11574036    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:   NCO Financial Systems Inc,    PO Box 13574,    Philadelphia, PA 19101)
11574037    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:   NCO Financial Systems Inc,    PO Box 41466,    Philadelphia, PA 19101)
11574033     +McCalla Raymer, LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
11574034     +Medical Data Systems, Inc,    2150 15th Ave,    Vero Beach, FL 32960-3436
11574038      North Georgia Regional Collections,    PO Box 1949,    Dalton, GA 30722-1949
11574039     +Northland Group, Inc,    PO Box 390846,    Edina, MN 55439-0846
11574040     +Northwest GA Dermatology, PC,    103 John Maddox Dr NW,    Rome, GA 30165-1419
11574045    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23502)
11574041     +Pediatric Associates of Ocala,    2725 SE Mericamp Rd,    Ocala, FL 34471-5537
11574042     +Pediatric Endocrine,    1100 Lake Hearn Drive,    Atlanta, GA 30342-1523
11574043     +Pediatric Medicine of Cartersville,    20 Collins Drive, Ste B,    Cartersville, GA 30120-8533
11574044     +Phillips & Cohen Associates,,    PO Box 48458,    Oak Park, MI 48237-6058
11574046     +Preferred Anesthesia Consultants, LLC,    PO Box 1109,    Rome, GA 30162-1109
11574047      Professional Bureau of Collections,    of Maryland, Inc,    PO Box 4157,
               Greenwood Village, CO 80155-4157
11574048     +Quest Diagnostics Inc,    PO Box 41652,    Philadelphia, PA 19101-1652
11574049      RAB, Inc,    PO Box 34111,    Memphis, Tn 38184-0111
11574054      RRMC Anesthesiology,    5001 Redmond Rd,    Rome, GA 30165
11574055     +RRMC ER Services,    PO Box 162970,    Atlanta, GA 30321-2970
11574050     +Redline Recovery Services, LLC,    6201 Bonhomme St, Ste 100S,    Houston, TX 77036-4379
11574051     +Redmond Park Hospital,    c/o Melissa Meggison,    1940 Lodge Rd NW, Ste 220,
               Kennesaw, GA 30144-7553
11574052     +Redmond Regional,    PO Box 740766,    Cincinnati, OH 45274-0766
11574053      Rome Radiology Group OA,    1104 Martha Berry Blvd,    Rome, GA 30165-1694
11574056     +Scott Lasner, MD,    PO Box 129,    Mableton, GA 30126-0129
11574057     +Southeast Anesthesia PC,    Po Box 2260,    Cartersville, GA 30120-1688
11574058     +Southeast Pathology,    311 W 8th St,    Rome, GA 30165-2797
11574059     +The Healing Hand Clinic,    416 Grassdale Rd,    Cartersville, GA 30121-7839
11574060     +The Wooster Clinic,    PO Box 931941,    Cleveland, OH 44193-0004
11574061     +Thomas Roepke,    400 Galleria Prkwy,    Atlanta, GA 30339-5980
11574062     +Tri-county,    PO Box 1725,    Ellijay, GA 30540-0033
11574063      Wellstar Cobb Hospital,    PO Box 406220,    Atlanta, GA 30384-6220
11574064      West Asset Management,    2703 N Highway 75,    Sherman, TX 75090
```

```
District/off: 113E-6           User: bennettm            Page 2 of 2                 Date Rcvd: May 05, 2009
Case: 09-41787                 Form ID: b9i              Total Served: 71

The following entities were served by electronic transmission (continued)
The following entities were served by electronic transmission on May 05, 2009.
11573999      +EDI: ARROW.COM May 05 2009 18:58:00     Arrow Financial Service,   5996 W. Touhy Ave,
               Niles, IL 60714-4610
11574007      +EDI: CBSHCA.COM May 05 2009 18:58:00    Cartersville Medical Center,   PO Box 31172,
               Tampa, FL 33631-3172
11574026      +EDI: HFC.COM May 05 2009 18:58:00       HSBC,   PO Box 5222,   Carol Stream, IL 60197-5222
11574027      +EDI: HFC.COM May 05 2009 18:58:00       HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
11574035       EDI: PHINPLAZA.COM May 05 2009 18:58:00    Mitchell Kay,   PO Box 9006,
               Smithtown, NY 11787-9006
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2009**                           Signature:   _Joseph Speetjens_